Larry BEAUCHAMP, Plaintiff–
Appellant,

v.

CITY OF LONG BEACH,
Defendant–Appellee.

No. 11–55780.

United States Court of Appeals,
Ninth Circuit.

May 21, 2014.

Jeffrey A. Harrison, Metz & Harrison, LLP, El Segundo, CA, for Plaintiff–Appellant.

Monte H. Machit, Long Beach City Attorney's Office, Long Beach, CA, Timothy T. Coates, Greines, Martin, Stein & Richland LLP, Los Angeles, CA, for Defendant–Appellee.

Before: CONSUELO M. CALLAHAN, SANDRA S. IKUTA, and ANDREW D. HURWITZ, Circuit Judges.

## ORDER

The stay of these proceedings is lifted. This case is hereby resubmitted as of the date of this order. The parties have indicated that they reached a settlement following the California Supreme Court's acceptance of the certified question. The parties' joint motion for voluntary dismissal of this appeal is granted. · This appeal is dismissed. *See* Fed. R.App. P. 42(b).

This order served on the district court shall act as and for the mandate of this court.

The Clerk is hereby directed to serve a copy of this order on the California Supreme Court.